**Order entered September 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00829-CV

### IN RE JEROME JOHNSON, Relator

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F01-53637-JH**

## ORDER

Before the Court is relator's September 11, 2019 pro se motion and request for an evidentiary hearing. On July 15, 2019, court-appointed counsel filed a notice of appearance to represent appellant in this case. Appellant is not entitled to hybrid representation. *See Miniel v. State*, 831 S.W.2d 310, 313 n.1 (Tex. Crim. App. 1992). Accordingly, appellant's motion is **DENIED**.

/s/    DAVID L. BRIDGES
JUSTICE